STEVEN A. MILLER & others *vs.* BOARD OF APPEALS OF CANTON & another. November 6, 1979. This is an appeal by the plaintiffs from a summary judgment by which the Superior Court affirmed a decision of the board of appeals granting the defendant Marini a special permit for the construction of an apartment house on the locus. The pleadings and affidavits establish that on January 14, 1976, the planning board endorsed a perimeter plan of the locus under G. L. c. 41, § 81P ("approval not required"), that at that time the locus was zoned in a "general residence" district, in which apartment houses were a specially permitted use, and that since that time the locus has been rezoned as "single residence" district, in which apartment buildings are not a permitted use. The plaintiffs' sole contention is that the second paragraph of G. L. c. 40A, § 7A (as in effect prior to St. 1975, c. 808, § 3; see now G. L. c. 40A, § 6, sixth par., as appearing in the said § 3), gives its three-year protection only to uses which were permitted as of right before a zoning change and not to those which were subject to a special permit. That contention finds no support in the language of § 7A, second par. ("[T]he use of the land shown on such plan shall be governed by the applicable provisions of the zoning ordinance or by-law in effect at the time of the submission of such plan . . ."). The sentence in *Bellows Farms, Inc.* v. *Building Inspector of Acton,* 364 Mass. 253, 254 (1973), upon which the plaintiffs rely ("At all times prior to March, 1971, the by-law expressly permitted land in such a district to be used, *as a matter of right and not merely by special permit,* for the purpose of apartments . . ." [emphasis supplied]) read in context is merely a factual recitation of the content of the by-law before its amendment and not a suggestion that the uses protected against amendment by the second paragraph are confined to those which had been previously permitted as of right.

*Judgment affirmed.*

*Joseph G. Galligan, Jr.,* for the plaintiffs.
*Joseph H. Malloy,* Town Counsel, for the Board of Appeals of Canton.
*John S. Morley,* for John S. Marini, trustee.